UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JOSEPH SOLOMON JR

CASE NO. 04-75497-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JOSEPH SOLOMON JR<br>34178 CLINTON PLAZA DR.<br>CLINTON TWP, MI 48035-0000<br>SSN: XXX-XX-2555 | N/A | N/A | DEBTOR REFUND | 1310965 | 10/25/10 | $ 1,295.00 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     5890131
DETROIT, MICHIGAN 48231-1930

0475497  00000  017414  1310965
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/25/2010                                              Check No: 1310965
Payee: CLERK OF US BANKRUPTCY COURT

| 0475497 | JOSEPH SOLOMON JR | | | 1,295.00 | 0.00 | 1,295.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79/611     **CHECK NO. 1310965**
SunTrust Bank

FOR  JOSEPH SOLOMON JR
BK:0475497 ACCT:
PRIN: 1,295.00  INT: 0.00

DATE Oct 25, 2010

**AMOUNT**
******1,295.00

PAY  **1,295.00**
ONE COMMA TWO NINE FIVE PERIOD ZERO ZERO
One Thousand Two Hundred Ninety-Five And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1,295.00
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑆1310965⑆ ⑈061100790⑈ 000000575151⑉

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 04-75497-TJT |
| JOSEPH SOLOMON JR | CHAPTER 13 PROCEEDINGS |
| | HON. THOMAS J. TUCKER |
| Debtor | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**CHIMKO & ASSOCIATES
26212 WOODWARD
ROYAL OAK, MI 48067**

**Last Known Address for Debtor:**

**JOSEPH SOLOMON JR
34178 CLINTON PLAZA DR.
CLINTON TWP, MI 48035**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100